IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                      NO. 4:09CR00305 JLH

GEORGE WYLIE THOMPSON
and RALPH F. DELEO                                           DEFENDANTS

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. Upon de novo review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motions to suppress filed by defendants George Wylie Thompson and Ralph F. Deleo are denied. See Documents 58 and 75. All requested relief is denied.

IT IS SO ORDERED this 5th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE